*Prepared and submitted by:*
Patricia W. Christensen (0645)
**PARR BROWN GEE & LOVELESS, P.C.**
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
Email: pchristensen@parrbrown.com

*Attorney for Defendant Fluor Corporation*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (IV)** | Civil Action No. MDL 875<br>Case No. 2:09-cv-69122-ER<br><br>Judge Eduardo C. Robreno |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **IN RE: ASBESTOS CASES OF HATCH, JAMES & DODGE and G. PATTERSON KEAHEY,**<br><br>**JOSEPH ALEXANDER ANDERSON, JR.** and **ARVA ANDERSON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**ASBESTOS DEFENDANTS,** et al.,<br><br>Defendants. | <u>Joseph Alexander Anderson Case:</u><br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FLUOR CORPORATION**<br><br><br>Case No. 2:06-cv-00741<br><br>Judge Eduardo C. Robreno |

346289

Plaintiffs and Defendant Fluor Corporation, having jointly moved the Court for an Order dismissing Plaintiffs' claims against Defendant Fluor Corporation without prejudice; the Court being fully advised in the premises; and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Fluor Corporation be and it is hereby dismissed from this action without prejudice, with each party to bear its own costs.

ENTERED this 13th day of August 2010.

BY THE COURT:

_____
Honorable Eduardo C. Robreno
U.S. District Court Judge

APPROVED AS TO FORM:

**LAW OFFICE OF G. PATTERSON KEAHEY, P.C.**

By: _____
G. Patterson Keahey
*Attorney for Plaintiff*

346289                                    2