KATHERINE VENTI (9318)
JOHN P. BALL (9666)
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
kventi@parsonsbehle.com
jball@parsonsbehle.com

Attorneys for Hercules Incorporated

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| .<br><br>JOSEPH ALEXANDER ANDERSON, JR. and ARVA ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS,<br><br>Defendant. | Civil Action File No. 09-cv-69122 (MDL 875)<br><br>**DEFENDANT HERCULES INCORPORATED'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Transferor Court: U.S.D.C., Central District of Utah Case No. 2:06-cv-741) |

Defendant Hercules Incorporated ("Hercules"), by and through its attorneys Parsons Behle & Latimer, hereby submits this Motion for Summary Judgment, pursuant to Fed. R. Civ. P., Rule 56.

As more fully set forth in Hercules' Memorandum in Support of this Motion, filed together herewith and incorporated herein, Hercules in this asbestos-injury matter has been sued solely as a premise operator and not as a product manufacturer.  Accordingly, Plaintiffs must prove that it is more likely than not that Joseph Anderson was exposed to and injured by asbestos

16548.001/4824-1074-7655.1

for which Hercules is legally responsible. In the instant matter, Hercules is entitled to summary judgment because plaintiffs cannot show: (1) that Joseph Anderson was actually exposed to any asbestos while working at a Hercules premise; and (2) that Joseph Anderson was exposed to any asbestos for which Hercules is legally responsible.

In the case at bar, it is Plaintiffs' burden to show that (1) an unsafe condition existed at Hercules; (2) Joseph Anderson was actually exposed to such condition; and (3) such exposure caused the injuries complained of. In this case, Plaintiffs cannot make that showing. The evidence submitted by Plaintiffs amounts only to speculation and the mere possibility of exposure, which is not sufficient to sustain a motion for summary judgment or carry Plaintiffs' burden at trial.

WHEREFORE, for the reasons set forth above and in Hercules' Memorandum in Support, Hercules requests that the Court grant its Motion for Summary Judgment, dismiss all claims against Hercules, with prejudice, and grant Hercules and further relief the Court deems appropriate.

DATED this 20th day of October, 2010.

*/s/ Katherine Venti*
KATHERINE VENTI
JOHN P. BALL
PARSONS BEHLE & LATIMER
Attorneys for Hercules Incorporated

**CERTIFICATE OF SERVICE**

I hereby certify that on 20th day of October, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

*/s/ Katherine Venti*
